

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-15-00280-CV
_____

IN RE CODY ALLEN JOHNSON, RELATOR

Original Proceeding
Arising from Proceedings Before the 31st District Court
Gray County, Texas
Trial Court No. 4447; Honorable Steve Emmert, Presiding

August 5, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Relator, Cody Allen Johnson, proceeding *pro se* and *in forma pauperis*, seeks a writ of mandamus to compel the Clerk of the Seventh Court of Appeals and a Deputy Clerk to provide him with a copy of all documents pertaining to a "plea of October 21, 2009," in cause number 4447, in the 31st District Court, Gray County, Texas. He acknowledges that no appeal was taken from that cause number and "no appeal records are requested." For the reasons expressed herein, Relator's request for mandamus relief is dismissed for want of jurisdiction.

This court has the authority to issue writs of mandamus against a judge of a district or county court in our district and all writs necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a), (b)(1) (West 2004). Not only does the clerk of this court not maintain any of the requested records, appellate court clerks are not enumerated as persons against whom a writ of mandamus may be issued by this court.

Additionally, Relator has not complied with the applicable rules of procedure for filing an original proceeding in this court. *See* TEX. R. APP. P. 52.3. The fact that Relator is proceeding *pro se* does not excuse his compliance with procedural rules. *Pena v. McDowell*, 201 S.W.3d 665, 667 (Tex. 2006).

Accordingly, Relator's petition for writ of mandamus is dismissed for want of jurisdiction.


Patrick A. Pirtle
Justice